5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

v.

ANTHONY FERROD JONES,

Defendant.
________________________________/

Case: 5:26-cr-20517
Assigned To : Levy, Judith E.
Referral Judge: Grand, David R.
Assign. Date : 8/6/2026
Description: IND USA V SEALED (MRS)

Violation:
21 U.S.C. § 841(a)(1)

# Indictment

The Grand Jury charges that:

## Count One
## Possession of Methamphetamine with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

On or about May 9, 2022, in the Eastern District of Michigan, the defendant, ANTHONY FERROD JONES, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count Two**
**Possession of Methamphetamine with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

On or about May 17, 2022, in the Eastern District of Michigan, the defendant, ANTHONY FERROD JONES, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count Three**
**Possession of Fentanyl with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

On or about May 17, 2022, in the Eastern District of Michigan, the defendant, ANTHONY FERROD JONES, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**Forfeiture Allegations**

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following: gold pendant necklace with diamond studs, men's gold and diamond Rolex Oyster watch, women's silver and gold Rolex with diamond encrusted face, and two cellphones.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p).

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Rajesh Prasad
Rajesh Prasad
Assistant United States Attorney

Dated: August 6, 2026

Case: 5:26-cr-20517
Assigned To : Levy, Judith E.
Referral Judge: Grand, David R.
Assign. Date : 8/6/2026
Description: IND USA V SEALED (MRS)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** s/RP RP |

**Case Title:** USA v. Anthony Ferrod Jones

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 6, 2026
Date

s/Rajesh Prasad
Rajesh Prasad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-0821
E-Mail address: Rajesh.Prasad@usdoj.gov
Attorney Bar #: P68519

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.